STATE

v.

Sidney A. CLARK.

No. 76–440–C.A.

Supreme Court of Rhode Island.

May 22, 1980.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

William F. Reilly, Public Defender, for defendant.

### ORDER

The defendant's motion to obtain participation of the Chief Justice in the decision of this appeal is granted.

STATE

v.

Paul GAZZERO.

No. 77–338–C.A.

Supreme Court of Rhode Island.

May 22, 1980.

Dennis J. Roberts II, Atty. Gen., Joel D. Landry, Asst. Atty. Gen., for plaintiff.

John A. O'Neill, Jr., Providence, William Kunstler, New York City, for defendant.

### ORDER

The defendant's request that we consider the letter of Matthew J. Gill, Jr. in deciding this appeal is denied.

STATE

v.

Stephen R. GIOIELLI.

No. 78–414–C.A.

Supreme Court of Rhode Island.

May 22, 1980.

Dennis J. Roberts II, Atty. Gen., Judith Crowell, Stephen Lichatin III, Special Asst. Attys. Gen., for plaintiff.

Angelo A. Mosca, Jr., William A. Gosz, Providence, for defendant.

### ORDER

The defendant's motion for release pending appeal is denied.

BEVILACQUA, C. J., did not participate.